UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
-SOUTHERN DIVISION-

IN RE:

DERRICK F. JONES &
ANN M. JONES ,
      Debtors.

CASE NO. 16-02925

CHAPTER 13

HON.

FILED: May 27, 2016

## DEBTOR'S FIRST CHAPTER 13 PLAN
## PRE-CONFIRMATION AMENDMENT

NOW COMES the Debtors, DERRICK F. JONES AND ANN M. JONES, by and through their attorney, Ronald A. Zawacki, and submit the following Pre-Confirmation Amendment to their Chapter 13 Plan as follows:

**III. DISBURSEMENTS**
**C. SECURED CREDITORS**
    **2. Personal Property:**
        b. **Secured Claims NOT Subject to 11 U.S.C. Section 506:** each secured creditor in this class has a lien not subject to 11 U.S.C. Section 506. Claims in this class shall be paid as follows plus an additional pro-rata amount that may be available from funds on hand at an interest rate specified below or the contract rate whichever is lower.

| Creditor, Address & Account # | Collateral | Balance Owing | Int. % | Pre-Conf APP | Equal Monthly Payment |
|---|---|---|---|---|---|
| Credit Union One 400 E. Nine Mile Road Ferndale, MI 48820 | 2007 Cadillac Escalade | $16,238.83 | 3.75 | 0.00 | $465.43 |

**D. EXECUTORY CONTRACTS (assumed)**
    **2. Other Executory Contract:** - The Debtor assumes the following executory contracts:

| Creditor & acct # | Property Description | Payment Amount | # of months remaining | Est. Pre-pet Arrears | Trustee pay? Y/N |
|---|---|---|---|---|---|
| Kia Motors Finance Company | 2015 Kia Sorento | $550 | 23 | $1,102.20 | Y |

Date: 6/1/16

_____
Derrick F. Jones, Debtor

Date: 6-1-16

_____
Ann M. Jones, Debtor

Date: 6-1-16

_____
Ronald A. Zawacki, Attorney for Debtors